**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
:
ELSA CEDENO, an individual; on behalf of  : CASE NO.: 7:10-cv-09341-KMK
herself and all others similarly situated, :
:
:
Plaintiff, :
:
vs. : **STIPULATION AND ORDER TO**
: **DISMISS WITH PREJUDICE**
CAVALRY PORTFOLIO SERVICES, LLC, a :
Delaware Limited Liability Company; and :
JOHN AND JANE DOES NUMBERS 1 :
THROUGH 25, :
:
Defendants. :
---------------------------------------x

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Elsa Cedeno, Plaintiff, hereby stipulates to and gives notice of dismissal of the above-entitled and numbered action with prejudice as to herself and without prejudice as to the rights of the unnamed putative class members, without costs and/or attorney fees as to any party.

**IT IS SO STIPULATED** this 5th Day of October, 2012.

*s/ William F. Horn*                              *s/ Jonathan D. Elliot*
William F. Horn, Esq.                             Jonathan D. Elliot, Esq.
LAW OFFICES OF WILLIAM F. HORN                    ZELDES, NEEDLES & COOPER P.C.
188-01B 71st Crescent                             1000 Lafayette Boulevard
Fresh Meadows, NY 11365                           Bridgeport, CT 06604
Telephone: (718) 785-0543                         Telephone: (203) 333-1489
Facsimile: (866) 596-9003                         E-Mail: jelliot@znclaw.com
E-mail: bill@wfhlegal.com

*One of the Attorneys for Plaintiff, Elsa*        *Attorney for Defendant, Cavalry Portfolio*
*Cedeno*                                          *Services, LLC*

-2-

**IT IS SO ORDERED**:

Dated:

                                                     _____
                                                   HON. KENNETH M. KARAS
                                                 Judge, United States District Court